

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00372-CV

Layla Claire Martin **OSLEY** and Milton J. Flick, Trustee,
Appellants

v.

Doris Jacqueline **NAYLOR**,
Appellee

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-14-0035-CV-C-1
Honorable Starr Boldrick Bauer, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. We tax costs of court for this appeal against appellants Layla Claire Martin Osley
and Milton J. Flick, Trustee.

SIGNED August 22, 2018.

_____
Patricia O. Alvarez, Justice